# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CV 16-551 RB/WPL
                                                 CR 12-3183 RB

CONRAD VAZQUEZ SALAZAR,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed July 17, 2017. (Doc. 15.) The parties were notified that objections were due within 14 days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (and *Johnson v. United States*) is denied;

3) this cause is dismissed with prejudice; and

4) a certificate of appealability is denied.

                                                                                         **ROBERT C. BRACK**
                                                                                         **UNITED STATES DISTRICT JUDGE**